UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX SASHIN,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, et al.,,<br><br>    Respondent. | NO. CV 15-4327-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendation of the magistrate judge.

      Petitioner disagrees with the magistrate judge's conclusion that Petitioner was no longer "in custody" at the time he filed his Petition.  Petitioner argues that, pursuant to Cal. Penal Code § 1202.4(m), the court makes the payment of fees, fines and restitution fines a condition of probation and any such order remains enforceable under Cal. Penal Code § 1214 even after a defendant is no longer on

probation. Petitioner asserts that he has yet to pay all of his fees, fines and restitution ordered as conditions of his probation and, therefore, "he . . . may be punished or further imprisoned if he fails to meet said probation obligations." (Objections at 5.) Petitioner does not specify what types of fees, fines or restitution fines he has not paid. (LD 1 at 751, 755.) Nevertheless, section 1214 does not support Petitioner's argument that he could be re-incarcerated if he fails to pay the moneys owed. The statute provides that if a criminal "judgment is for a fine, including a restitution fine . . . , with or without imprisonment, . . . the judgment may be enforced in the manner provided for the enforcement of money judgments generally." Cal. Penal Code § 1214(a); *see also id.* § 1214(b). Petitioner does not cite any statute or authority providing for potential incarceration in the event of nonpayment in his case.

Petitioner's remaining objections are without merit.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action.

DATED: September 26, 2016

/s/
FERNANDO M. OLGUIN
United States District Judge

2