UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH CORSON, | ) | CASE NO. CV 15-3694-DMG (AGR) |
|           Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| Carolyn W. Colvin, Commissioner of Social Security, | ) ) ) | |
|           Defendant. | ) ) | |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 26, 2016

                                                      DOLLY M. GEE
                                                 United States District Judge